UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JAMIE NELSON,

                        Plaintiff,

      -against-                                  **24 Civ. 8192 (LJL) (GS)**

COMMISSIONER OF SOCIAL
SECURITY,                                               **ORDER**

                        Defendant.

-----------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

      On April 24, 2025, the Honorable Lewis J. Liman referred this action to the undersigned for a report and recommendation on the specific dispositive motion at Dkt. No. 11. (Dkt. No. 13). To conserve resources, to promote judicial efficiency, and in an effort to achieve a faster disposition of this matter, the parties are directed to discuss whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all further proceedings before the designated magistrate judge.

      If both parties consent to proceed before the undersigned, counsel must file a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form by **Monday, May 12, 2025**. A copy of the form is attached to this Order and may also be found at https://nysd.uscourts.gov/hon-gary-stein. If the Court approves the form, all further proceedings will then be conducted before the undersigned rather than before Judge Liman. Any appeal would be taken directly to the United States Court of Appeals for the Second Circuit, as it would be from Judge Liman if the consent form were not signed and so ordered.

      If either party does not consent to conducting all further proceedings before the undersigned, the parties must file a joint letter by May 12, 2025, advising the Court that the

parties do not consent, but without disclosing the identity of the party or parties who do not consent. If the parties do not consent, the undersigned will issue a report and recommendation on the referred motion for judgment on the pleadings.

The parties are free to withhold consent to conducting all further proceedings before the undersigned without negative consequences.

**SO ORDERED.**

DATED:	New York, New York
	April 28, 2025

_____
The Honorable Gary Stein
United States Magistrate Judge

# UNITED STATES DISTRICT COURT
for the

|  |  |  |
|---|---|---|
| _____ | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| _____ | ) | |
| *Defendant* | ) | |

**NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE**

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.* The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| *Printed names of parties and attorneys* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

**Reference Order**

**IT IS ORDERED:** This case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: _____     _____
*District Judge's signature*

_____
*Printed name and title*

Note: Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge. Do not return this form to a judge.